HIGBEE & ASSOCIATES
1504 BROOKHOLLOW DR STE 112
SANTA ANA, CA 92705
(714) 617-8300



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MOEBIUS<br>Plaintiff<br><br>vs<br><br>TONY CARNEVALE, ET AL.<br>Defendant | Case Number: 2:21-CV-00970-RFB-VCF<br><br>Dept:<br><br>**PROOF OF SERVICE** |

TANNER TREWET, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Tuesday, September 14, 2021 a copy of the:
**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT**

I served the same on **9/16/2021** at **1:20 PM** to:

**Defendant TONY CARNEVALE**

by leaving the copies with or in the presence of **TONY CARNEVALE** at **3750 S LAS VEGAS BLVD, #20, LAS VEGAS, NV 89109**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Friday, September 17, 2021

_____
TANNER TREWET
Registered Work Card R-2019-07712

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-1951261.01