# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL MOEBIUS,<br><br>               Plaintiff,<br><br>v.<br><br>TONY CARNEVALE; DESERT ART,<br>LLC d/b/a CARNEVALE GALLERY;<br>CAESARS ENTERTAINMENT,<br>INC.; and DOES 1 through 10<br>inclusive,<br><br>               Defendant. | 2:21-cv-00970-RFB-VCF<br><br>**ORDER** |

Before the court is *Michael Moebius v. Tony Carnevale, et al.*, case number 2:21-cv-00970-RFB-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before December 7, 2021.


DATED this 29th day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE