SAGAR RAICH, ESQ.
Nevada Bar No. 13229
BRIAN SCHNEIDER, ESQ.
Nevada Bar No. 15459
RAICH LAW PLLC
6785 S. Eastern Ave., Suite 5
Las Vegas, NV 89119
(702) 758-4240
sraich@raichattorneys.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL MOEBIUS,<br><br>        Plaintiff,<br><br>v.<br><br>TONY CARNEVALE; DESERT ART, LLC d/b/a CARNEVALE GALLERY; CAESARS ENTERTAINMENT, INC.; and DOES 1 through 10 inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-00970<br><br>**MOTION TO WITHDRAW; [PROPOSED] ORDER FOR WITHDRAW** |

   SAGAR RAICH, ESQ.  and BRIAN SCHNEIDER, ESQ. of Raich Law PLLC ("Raich Attorneys") respectfully move the court for an order permitting the attorneys at Raich Law PLLC, who have appeared in these proceedings, to withdraw as counsel for Defendants TONY CARNEVALE and DESERT ART, LLC d/b/a CARNEVALE GALLERY.

//

//

//

This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Sagar Raich, Esq., attached hereto, the pleadings and papers on file herein, and any argument adduced at any potential hearing of this Motion to Withdraw as Counsel of Record.

DATED this 4th day of October, 2022

/s/ Sagar Raich
SAGAR RAICH, ESQ.
NEVADA BAR 13229
RAICH LAW PLLC
6785 S. Eastern Ave. Ste. 5
Las Vegas, NV 89119
Attorney for Plaintiff

MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11-6 (b) provides: "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel.  The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise."  Defendants have been informed of counsel's intent to withdraw from the matter and have indicated that they will not oppose the withdraw. Counsel for Co-defendant, CAESARS ENTERTAINMENT, INC., and opposing counsel will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached hereon.

Additionally, LR IA 11-6(e) provides that " Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. " Discovery has begun in this matter, but as of this time, there are no requests pending either by nor against the instant Defendants.  Withdraw by counsel for Defendants at this time will not prejudice either party or delay any proceeding in this matter.

CONCLUSION

For the reasons set forth above, SAGAR RAICH, ESQ.  and BRIAN SCHNEIDER, ESQ. of Raich Law PLLC respectfully move the Court for an order approving the withdraw as attorney of record for Defendants, and each of them, in this matter.

DATED this 4th day of October, 2022

/s/ Sagar Raich
SAGAR RAICH
NEVADA BAR 13229
RAICH LAW PLLC
6785 S. Eastern Ave. Ste. 5
Las Vegas, NV 89119
Attorney for Plaintiff

**DECLARATION OF SAGAR RAICH IN SUPPORT OF MOTION TO
WITHDRAW AS COUNSEL OF RECORD**

I, Sagar Raich, declare under penalty of perjury that the following is true and
correct:

1.      I am an attorney at law admitted to practice in all courts in the State of
Nevada. I have personal knowledge of the facts set forth below and I believe them
to be true. If called as a witness I could competently testify to the matters set forth
herein.

2.      I represented Defendants as litigation counsel from the initiation of
this matter in Nevada Federal Court.

3.      In discussions with Defendants, and each of them, they requested that
the lawyers from this firm withdraw as their counsel of record, and I have informed
them that we would seek to withdraw immediately, to which they agreed and
consented.

4.      This firm represents no other parties in this matter.

DATED this 4th day of October, 2022

RAICH LAW PLLC

*/s/ Sagar Raich*

_____
Sagar Raich, Esq.
6785 Eastern Ave., Suite 5
Las Vegas, NV 89120
(702) 758-4240

Attorney for Defendants,
TONY CARNEVALE; DESERT
ART, LLC d/b/a CARNEVALE
GALLERY

## <u>O R D E R</u>

GOOD CAUSE APPEARING, the Court hereby **GRANTS** Counsel SAGAR

RAICH, ESQ.  and BRIAN SCHNEIDER, ESQ. of Raich Law PLLC's Motion to

Withdraw as Defendants' Counsel of Record.

**IT IS SO ORDERED.**

_____

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5, LR IC 4-I, and LR 5-1, I hereby certify that on the 4th day of October 2022, I electronically filed **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system. Notice of Filing will be served on all parties by operation of the Court's CM/ECF system.

Dated this 4th day of October, 2022.

/s/ Brian Schneider

_____
Employee of RAICH LAW PLLC