1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12

MICHAEL MOEBIUS,

13
Plaintiff,

14
v.

15
TONY CARNEVALE; DESERT ART,
LLC d/b/a CARNEVALE GALLERY;
16
CAESARS ENTERTAINMENT, INC.; and
DOES 1 through 10 inclusive,
17

18
Defendants.

Case No. 2:21-cv-00970-ART-VCF

**ORDER APPROVING**

**STIPULATION OF DISMISSAL AS TO CAESARS ENTERTAINMENT, INC. WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

19
20
21
22
23
24
25
26
27
28

1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE   TAKE NOTICE that Plaintiff Michael Moebius and Defendant

3  Caesars Entertainment Inc., pursuant to Federal Rule of Civil Procedure

4  41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of all claims asserted in the

5  above captioned action against Caesars Entertainment, Inc. with prejudice, with each

6  party to bear its own attorneys' fees, expenses, and costs incurred in connection with

7  the prosecution or defense of this action.

8

9  Dated: June 19, 2023                    Respectfully submitted,

10                                         **/s/ Mathew K. Higbee**
                                           Mathew K. Higbee, Esq.
11                                         Nev. Bar No. 11158
                                           **HIGBEE & ASSOCIATES**
12                                         1504 Brookhollow Dr., Ste 112
                                           Santa Ana, CA 92705-5418
13                                         *Attorney for Plaintiff Michael Moebius*

14

15                                         **/s/ Christopher R. Miltenberger**
                                           Christopher R. Miltenberger, Esq.
16                                         Nev. Bar No. 10153
                                           **GREENBERG TRAURIG, LLP**
17                                         10845 Griffith Peak Drive, Suite 600
                                           Las Vegas, Nevada 89135
18                                         *Attorney for Defendant*
                                           *Caesars Entertainment Inc.*

19

20      IT IS SO ORDERED.

21      DATED: June 22, 2023.

22

23      _____

24      Anne R. Traum
        United States District Court Judge
25

26

27

28

---

2
**DISMISSAL WITH PREJUDICE**