**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Michael Moebius,

        Plaintiff(s),

v.

Tony Carnevale, Desert Art, LLC d/b/a Carnevale Gallery, Caesars Entertainment, Inc.,

        Defendant(s).

2:21-cv-00970-ART-VCF

**ORDER**

    Before the court is the motion to withdraw as counsel for defendants Tony Carnevale and Desert Art, LLC (ECF No. 56).

    Accordingly,

    IT IS HEREBY ORDERED THAT an in-person hearing on the motion to withdraw as counsel for defendants Tony Carnevale and Desert Art, LLC (ECF No. 56), is scheduled for July 24, 2023, at 1:00 PM, July 24, 2023, in Courtroom 3D.

    IT IS FURTHER ORDERED THAT Tony Carnevale must attend the hearing in person.

    IT IS FURTHER ORDERED THAT an officer, director or managing agent for Desert Art, LLC, must attend the scheduled hearing.

    DATED this 5th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE