**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL MOEBIUS,

        Plaintiff(s),

v.

TONY CARNEVALE; DESERT ART, LLC d/b/a CARNEVALE GALLERY; CAESARS ENERTATINMENT, INC.; and DOES 1 through 10 inclusive,

        Defendant(s).

2:21-cv-970-ART-VCF

**RULING ON OBJECTIONS TO ORDER TO SHOW CAUSE ECF No. 67**

    On August 11, 2023, Ryan E. Carreon filed his Objections to Order to Show Cause. (ECF No. 67).

    Given Mr. Carreon's vacation commitments, he is excused from attending the hearing held in this matter at 10:00 AM on August 14, 2023.

    On July 26, 2023, plaintiff filed a response (ECF No. 63) to my order to show cause entered during a hearing held on July 24, 2023. (ECF No. 61). In that response, plaintiff requested a continuance of the August 2, 2023, hearing based on counsel's availability to "any day from August 14 to 19, 2023." (ECF No. 63, page 6, line 11). No other party or counsel requested a continuance of the August 2, 2023, hearing to any dates other than August 14 to 19, 2023.

    Accordingly, I continued the August 2, 2023, hearing to one of the requested dates, August 14, 2023. (ECF No. 64). The minute order setting that hearing was entered on July 31, 2023, two weeks before the hearing. Neither Mr. Carreon, nor any other party or counsel requested a further continuance of the August 14, 2023, hearing based on Mr. Carreon's vacation plans.

    Had the original continuance request or a subsequent request for continuance sought accommodation for Mr. Carreon's vacation plans, such a request would have been granted. Mr. Carreon's

presence at the August 14, 2023, hearing would have been helpful, but was not necessary for the resolution of the issues addressed at that hearing.

IT IS SO ORDERED.

DATED this 14th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE