UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Michael Moebius,

           Plaintiff(s),

vs.

Tony Carnevale, *et al*.,

           Defendant(s).

2:21-cv-00970-ART-MDC

ORDER

The Court has considered plaintiff's *Motion to Compel Defendant Tony Carnevale to Comply with LR IA 3-1* (ECF No. 93) ("Motion"). Defendant Carnevale did not file an opposition to the motion. The Motion (ECF No. 93) is therefore **GRANTED** pursuant to LR IA 3-1 and LR 7-2(d).

Defendant Carnevale must, by no later than **September 11, 2024**, file a notice with the court with his current email address and phone number. Failure to comply with this order may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

DATED this 14th day of August 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.