# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL MOEBIUS,

                              Plaintiff,

v.

TONY CARNEVALE, *et al.*,

                              Defendants.

Case No. 2:21-cv-00970-ART-MDC

**ORDER GRANTING**

**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(I)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Michael Moebius and Defendants Tony Carnevale and Desert Art, LLC that the above-captioned action is dismissed *without prejudice* as to Tony Carnevale; Desert Art, LLC; and DOES 1 through 10, inclusive and without fees or costs to any party.

**IT IS SO ORDERED.**

DATED: <u>November 6, 2024</u>

_____
Anne R. Traum
United States District Judge